SECOND DEPARTMENT, NOVEMBER, 1942.

(November 5, 1942.)

In the Matter of ALBERT MARMORSTEIN, Petitioner, against LOUIS A. VALENTE, Justice of the Supreme Court of the State of New York, New York County, et al., Respondents.— Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [See *post*, p. 936.]

SECOND DEPARTMENT, DECEMBER, 1942.

(December 7, 1942.)

DAYTON SUPPLY CORPORATION, Respondent, v. SAMUEL VITT et al., Appellants, and ABRAHAM SCHWARTZ, Respondent.— 

Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ENGEL FURNITURE CO., INC., Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

WILLIAM FREUND, Respondent, v. LOUIS GARTNER, Appellant.— 

Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— [See 264 App. Div. 884; 264 App. Div. 955.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. Motion to resettle order denied, with ten dollars costs. Appellant failed to serve or file his notice of appeal within thirty days after the entry of the order granting him leave to appeal to the Court of Appeals, as required by section 592, subdivision 4, Civil Practice Act. At the time permission was granted to appeal to the Court of Appeals, the judgment had been entered on the order of affirmance and, therefore, to grant the motion would be to enlarge appellant's statutory time within which to appeal. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of SAMUEL GOLDSTEIN, an Attorney, Respondent.— As to the remaining charge, which relates to an incident that happened fourteen years ago, the inferences of no intentional wrong clearly outweigh any other inference, especially in view of the fine record of respondent as a citizen, and as a public official for fourteen years. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of SAMUEL JACOBSON et al., Respondents, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.